Matthew J. Faust, State Bar No. 254145
*faust@shariffaust.com*
Khodadad D. Sharif, State Bar No. 187992
*sharif@shariffaust.com*
SHARIF | FAUST LAWYERS, LTD.
1010 Second Ave, 24th Floor
San Diego, CA 92101
Telephone: (619) 233-6600
Facsimile: (619) 233-6602

Attorneys for Plaintiff
YardStash Solutions, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YARDSTASH SOLUTIONS, LLC<br><br>Plaintiff,<br>vs.<br><br>MARKETFLEET, INC., and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.: '17CV0625 GPC MDD<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF:<br><br>1. Patent Infringement<br>2. California Unfair Competition<br><br>JURY TRIAL DEMANDED |

**COMES NOW**, PLAINTIFF YARDSTASH SOLUTIONS, LLC, a California limited liability company, who brings this action against DEFENDANTS MARKETFLEET, INC., a California corporation, and DOES 1 through 25, inclusive, and alleges as follows:

///

///

## INTRODUCTION

1) This is an action by Plaintiff YARDSTASH SOLUTIONS, LLC, a California limited liability company ("Plaintiff"), to recover damages arising from infringement of Plaintiff's patented product, and to also restrain the unfair business acts of Defendant MARKETFLEET, INC ("Defendant MarketFleet"), a California corporation. Plaintiff is informed and believes, and thereupon alleges, that Defendant MarketFleet infringed and continues to infringe, contributes to the infringement of, and/or actively induces others to infringe Plaintiff's U.S. Patent No. D689,579 ("the '579 patent").

## JURISDICTION AND VENUE

2) This action arises under the patent laws of the United States and, more particularly, under 35 U.S.C. §§ 271, 281, 282, 283, 284, 285 and 289. This Court has original subject matter jurisdiction over this patent infringement action pursuant to 28 U.S.C. §§ 1331 and 1338.

3) The Court has personal jurisdiction over this action because Defendant MarketFleet holds its principal place of business in this Judicial District. All of the acts complained of below occurred in this Judicial District.

4) Venue properly lies in this Court pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400 because Plaintiff's claims arose in this Judicial District and Defendant MarketFleet has committed acts of infringement in this State and in this District.

## THE PARTIES

5) Plaintiff is a California limited liability company organized and existing under and by virtue of the laws of the State of California with its principal place of business located at 13223-1 Black Mountain Road, Suite 379, in the City of San Diego, County of San Diego, State of California. Plaintiff has for several years been in the business of manufacturing and selling space saving outdoor storage products.

6) Defendant MarketFleet is a Delaware corporation with its principal place of business located at 825 Main Street, in the City of Chico, Butte County, State of California.

7) Plaintiff is ignorant of the true names and capacities of the Defendants sued herein under the fictitious names DOES 1 through 25, inclusive. Plaintiff is informed and believes, and thereupon alleges, that each of the Defendants was responsible in some manner for the current damages alleged in this Complaint.

8) At all times mentioned in the causes of action into which this paragraph is incorporated by reference, each Defendant, was the agent/employee of each and every other Defendant. In doing the things alleged in the causes of action to which this paragraph is incorporated by reference, each and every Defendant was acting within the course and scope of this agency and employment and was acting with the consent, permission, and authorization of each of the other Defendants. All actions of each Defendants alleged in the causes of action into which this paragraph is incorporated by reference were ratified and approved by the officers or managing agents of every other Defendants.

## FACTUAL BACKGROUND

9) On September 10, 2013, United States Patent No. D689,579 was duly and legally issued by the United States Patent and Trademark Office to Plaintiff. Plaintiff is the record owner of the ’579 patent with full rights to pursue recovery of royalties or damages for infringement of the ‘579 Patent, including full rights to recover past and future damages. A true and correct copy of the patent is attached hereto as **Exhibit “A”** and incorporated by reference.

10) Plaintiff learned that Defendant MarketFleet was actively infringing Plaintiff’s ’579 patent by at least making, offering for sale, selling, and/or shipping a product named *Driftsun Storage Tent* that was nearly identical to Plaintiff’s patented product and that even the ‘key product features’ section appeared to be heavily copied from Plaintiff’s patented product. Attached hereto as **Exhibit “B”** is Plaintiff’s patented product’s listing on Amazon. Also attached hereto as **Exhibit “C”** is a photograph of Defendant MarketFleet’s infringing product on Amazon.

11) In fact, the overall appearance of the infringing product was so much similar to Plaintiff’s patented product, that a potential purchaser familiar with this type of product would be deceived into thinking that they are the same product. The following similarities overshadow any minor differences between the two products:

a) The infringing product has the same shape and geometry as Plaintiff’s patented product, including roof pole angles and side pole angles;

b) The infringing product has the same dimensions as Plaintiff's patented product: 74" wide x 30" deep x 65" high;

c) The infringing product has the same color, same placement of front vent and logo as well as back lock flap;

d) The poles in the infringing product are similar to Plaintiff's patented product, in size, number, positions, connectors, and attachments;

e) The infringing product has the same pole attachments as Plaintiff's patented product since the same sleeves and plastic clips are on left side, the same sleeves and grommet holes are on right side and the same grommet holes are on top; and

f) The infringing product's listings on internet were copied from Plaintiff's listing on Amazon.

12) Plaintiff's listing on internet predated Defendant MarketFleet's infringing product's listings on internet.

13) On or about January 11, 2016, Plaintiff notified Defendant MarketFleet of the infringement asserted in this complaint, and demanded that Defendant MarketFleet's infringement cease. A copy of the notice is attached hereto as **Exhibit "D".**

14) In an email dated April 25, 2016, without any admission of liability, Defendant MarketFleet agreed to cease sales of the infringing product; however, it refused to pay the minimum statutory damages that Plaintiff is entitled to recover under 35 U.S.C. section 289.

15) As a matter of fact, Defendant MarketFleet never ceased making, offering to sell, selling and/or shipping the infringing product as Plaintiff discovered that the product had been offered on Driftsun's website, attached hereto as **Exhibit "E".** Furthermore, in or about September 2016, Plaintiff discovered that Defendant MarketFleet had also been marketing and selling the infringing product on eBay, attached hereto as **Exhibit "F".** Therefore, on or about September 29, 2016, Plaintiff sent another letter to Defendant MarketFleet, demanding it once again to cease the infringement and to compensate Plaintiff for all damages.

16) In spite of such repeated notices that Defendant MarketFleet's actions constitute infringement of valid patent, Defendant MarketFleet has continued to infringe Plaintiff's '579 patent. To date, Defendant MarketFleet has persistently failed and refused to cease from infringing on Plaintiff's '579 patent and to compensate Plaintiff for the infringement. As such, Defendant MarketFleet's infringement is deliberate, willful, and intentional, and committed with full knowledge of the existence and validity of Plaintiff's patent.

17) Defendant MarketFleet has infringed the '579 patent and, unless enjoined, will continue to do so, by making, offering for sale, selling and/or shipping products infringing the '579 patent.

18) Plaintiff has been damaged by Defendant MarketFleet's infringement of the '579 patent and will suffer additional irreparable damage unless Defendant MarketFleet is enjoined from continuing to infringe the '579 patent.

**FIRST CAUSE OF ACTION**

Patent Infringement of U.S. Patent No. D689,579

(Against All Defendants)

19) Plaintiff hereby incorporates by reference paragraphs 1-18 of this Complaint as if fully set forth herein.

20) Plaintiff is informed and believes, and thereupon alleges, that Defendants have directly infringed and continues to infringe the ’579 patent by making, offering to sell, selling and/or shipping products in this district and elsewhere in the United States.

21) As alleged above, Defendants’ infringement is and has been deliberate, willful, and intentional. On information and belief, Defendants had knowledge of the ’579 patent no later than January 11, 2016 and yet deliberately continued making, offering to sell, selling and/or shipping the infringing product.

22) As a result of Defendants’ unlawful infringement of the ’597 patent, Plaintiff has suffered and will continue to suffer damage.

23) Plaintiff is entitled to complete accounting of all revenue and profits derived by Defendants from the unlawful conduct alleged herein. Furthermore, Plaintiff is entitled to recover from Defendants the damages suffered by Plaintiff as a result of Defendants’ unlawful acts, including without limitation, Defendants’ total profit pursuant to 35 U.S.C. § 289.

24) The deliberate, willful, and intentional nature of the infringement justifies an

increase of three times the damages to be assessed pursuant to 35 U.S.C. § 284 and also qualifies this action as an exceptional case supporting this Court's award of reasonable attorney's fees to Plaintiff pursuant to 35 U.S.C. § 285.

25) Plaintiff is informed and believes, and thereupon alleges, that Defendant MarketFleet intends to continue its unlawful infringing activity, and Plaintiff continues to and will continue to suffer irreparably harm – for which there is no adequate remedy at law- from such unlawful infringing activities unless this Court enjoins Defendant MarketFleet from further infringing activities.

## SECOND CAUSE OF ACTION

California Unfair Competition – Bus. & Prof. Code § 17200, *et seq.*

(Against All Defendants)

26) Plaintiff hereby incorporates by reference paragraphs 1-25 of this Complaint as if fully set forth herein.

27) Through the actions described in this Complaint, Defendants have been willfully marketing and selling the infringing product in an effort to profit from Plaintiff's hard work and good name. The acts of Defendants constitute unfair competition in violation of California Business & Professions Code §§ 17200, *et seq*.

28) Plaintiff is informed and believes, and thereon alleges, that Defendants have profited through these unfair business practices.

29) As a proximate result of Defendants' actions, Plaintiff has suffered and will continue to suffer great damage to its business, goodwill, reputation, profits, entitling Plaintiff to an order disgorging Defendants of their ill-gotten gains, as a result of the unlawful and unfair actions. However, an award of monetary damages alone cannot fully compensate Plaintiff for its injuries, thereby justifying preliminary and injunctive relief under section 17203 of the California Business & Professions Code.

## JURY DEMAND

30) Plaintiff hereby demand a jury trial in this case.

**WHEREFORE** Plaintiff asks this Court to enter judgment in its favor against Defendants and grant the following relief:

(a) An order declaring Plaintiff to be the record owner of all right, title, and interest in and to '579 patent.

(b) An order declaring that '579 patent is good and valid in law, and that the patent has been infringed by Defendants;

(c) A temporary injunction precluding Defendants, their officers, directors, servants, agents, employees, principals, successors, assignees, attorneys, and all those in active concert or participation with Defendant, including related individuals and entities, customers, representatives,

dealers, and distributors from engaging in further infringement against ’579 patent pending the outcome of this action;

(d) A permanent injunction pursuant to 35 U.S.C. § 283, precluding Defendants, their officers, directors, servants, agents, employees, principals, successors, assignees, attorneys, and all those in active concert or participation with Defendant, including related individuals and entities, customers, representatives, dealers, and distributors from further acts of infringement, contributory infringement, and active inducement to infringe with respect to the claim of the patent;

(e) An order requiring Defendants to account to Plaintiff for any and all profits derived by it, and all damages sustained by Plaintiff resulting from the acts complained of;

(f) An award to Plaintiff of damages adequate to compensate Plaintiff for infringement, pursuant to 35 U.S.C. § 284;

(g) An award to Plaintiff of enhanced damages up to and including trebling of Plaintiff’s damages for willful and deliberate character of the infringement, as provided by 35 U.S.C. § 284;

(h) An award of damages to recover Defendants’ profits with a minimum liability of $250 per infringing article, pursuant to 35 U.S.C. 289;

(i) An award of prejudgment and post judgment interest on all sums;

(j) An award of Plaintiff's costs of suit incurred herein and reasonable attorneys' fees pursuant to 35 U.S.C. § 285 due to the exceptional nature of this case, or as otherwise permitted by law;

(k) Any further relief as the Court may deem just and proper.

SHARIF | FAUST LAWYERS, LTD.

Dated: 03/28/2017 BY: /s/ Matthew J. Faust

Matthew J. Faust
Attorneys for Plaintiff
YardStash Solutions, LLC.

# EXHIBIT "A"

US00D689579S

(12) **United States Design Patent**
**Barker**

(10) **Patent No.: US D689,579 S**
(45) **Date of Patent: ** Sep. 10, 2013**

(54) **STORAGE UNIT**

(76) Inventor: **George V. Barker**, San Diego, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/423,037**

(22) Filed: **May 25, 2012**

(51) **LOC (9) Cl.** .......... **21-04**
(52) **U.S. Cl.**
USPC .......... **D21/834**
(58) **Field of Classification Search**
USPC .......... D21/834, 836–839; D25/33, 64, D25/66, 67, 71, 56, 57; 135/87, 88.05, 88.06, 135/88.13, 90, 93, 94, 96–99, 115, 116, 117, 135/121, 124–128, 132, 133, 135, 138, 143, 135/157, 900, 908; 296/159–161; D12/401, D12/402, 403, 404; 52/79.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS



| | | | | | |
|---|---|---|---|---|---|
| 3,027,189 | A * | 3/1962 | Scott | .......... | 135/116 |
| 3,799,608 | A * | 3/1974 | Smutny et al. | .......... | 135/115 |
| D328,727 | S * | 8/1992 | Wallhead | .......... | D25/16 |
| D338,052 | S * | 8/1993 | MacMorris, Jr. | .......... | D21/838 |
| D468,793 | S * | 1/2003 | Ragatz | .......... | D21/836 |
| D516,155 | S * | 2/2006 | Goodwin et al. | .......... | D21/834 |
| D574,918 | S * | 8/2008 | McAlister | .......... | D21/834 |
| 7,775,230 | B2 * | 8/2010 | Lau | .......... | 135/126 |

* cited by examiner


*Primary Examiner* — Cynthia M Chin
(74) *Attorney, Agent, or Firm* — S McPherson IP Law

(57) **CLAIM**

The ornamental design for a storage unit, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a storage unit showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a right side elevational view thereof;
FIG. 5 is a left side elevational view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view, thereof.
The broken lines shown in the drawings are understood to represent stitching, which form a part of the claimed design.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

# EXHIBIT "B"

Amazon.com: The Yards ×

amazon.com

amazon

Tools & Home Improvement

ALL-NEW fireTVstick $39.99

Departments · Your Account · Try Prime · Lists · Cart

Tools & Home Improvement · Best Sellers · Gift Ideas · Lighting & Ceiling Fans · Hardware · Kitchen & Bath Fixtures · Power & Hand Tools · Woodworking · Home Automation · Deals & Savings

Patio, Lawn & Garden › Outdoor Storage › Storage Sheds



Roll over image to zoom in

## The YardStash III: Space Saving Outdoor Bike Storage, Garden Storage and Pool Storage

by Yardstash Solutions

297 customer reviews | 67 answered questions

List Price: $129.39
Price: $107.99 & FREE Shipping. Details
You Save: $22.00 (17%)

**In Stock.**

Want it tomorrow, Sept. 30? Order within 28 mins and choose One-Day Shipping at checkout. Details

Ships from and sold by Amazon.com in easy-to-open packaging. Gift-wrap available.

Product Packaging: Frustration-Free Packaging

| Frustration-Free Packaging $107.99 | Standard Packaging $143.43 |
|---|---|

- The YardStash III is guaranteed to keep your bicycles, gardening tools, pool equipment, kids' toys and other outdoor gear dry and accessible. Beware of cheap imitations!
- Space-saving size (74" wide x 30" deep x 65" high, fits two adult bicycles with room to spare) and water shedding design to easily stash two adult bikes, pool floats & supplies, kids toys, lawn mowers, long handled garden tools and other outdoor equipment.
- Full top and bottom zippers on door to completely seal the door and provide full protection against water, dust, and pests
- Industrial grade, ripstop, vinyl tarpaulin roof with UPF 50+ protection and a polyester body bonded to thick interior weatherproof coating.
- Quick & easy set-up (no tools required, less than 15 minutes), heavy duty materials (2.5x heavier than other flimsy storage tents), reinforced integrated floor, large zippers with storm flaps, back panel for locking bikes to a fence or pole, and front mesh vent to eliminate condensation

15 new from $107.99   2 used from $100.43

This item's packaging will indicate what is inside. To cover it, select Ship in Amazon box on the checkout page

2016 Fall Event
Clean Up Your Yard
› Shop now

Share

Qty: 1

[ ] Yes, I want FREE Two-Day Shipping with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

Ship to:
SANDIEGO, CA 92101

Add to List

**Other Sellers on Amazon**

$129.79 Add to Cart
+ Free Shipping
Sold by: YardStash Solutions

$138.95 Add to Cart
+ Free Shipping
Sold by: Sweetwater Products

$158.58 Add to Cart
+ Free Shipping
Sold by: East 2 West Deals

17 used & new from $100.43

Have one to sell? Sell on Amazon

**Frequently Bought Together**

Total price: $135.98

Add both to Cart

# EXHIBIT "C"

amazon Prime | Patio, Lawn & Garden | Catch Co

Shop by Department | Shopping History | George's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, George Your Account

Patio, Lawn & Garden | Best Sellers | Deals | Outdoor Decor | Gardening | Grilling | Patio Furniture | Snow Removal | Mowers & Landscaping Tools | Pools & Spa Supplies

PrimeNow | $10 OFF FIRST PURCHASE AND FREE 2-HOUR DELIVERY WITH THE PRIME NOW APP

‹ Back to results





Roll over image to zoom in

# Driftsun Patio Outdoor Portable Storage Tent, Bike Tent, Garden Equipment, Pool Storage and Organizer Shed

by Driftsun

★★★★½ · 18 customer reviews

#1 New Release in Storage Sheds

Price: **$99.99** + $10.54 shipping

**Note:** Not eligible for Amazon Prime. Available with free Prime shipping from other sellers on Amazon.

**Only 8 left in stock.**

**Estimated Delivery Date:** March 9 - 14 when you choose Expedited at checkout

Ships from and sold by Hoffman March.

- HIGH QUALITY yard storage tent for all your needs and reliable protection, perfect for your patio and backyard
- PERFECT SIZE Bike Storage tent measures (74" wide x 30" deep x 65" high, fits two adult bicycles with extra room to spare) easily stash two adult bikes, pool floats and pool supplies, kids toys, lawn mowers and equipment, small and large garden tools and other outdoor gear
- PROTECTION. Pool Storage tent has full zippers on door to completely seal and protect against water, dust, and pests and snow
- INDUSTRIAL GRADE. Driftsun Storage Shed has a vinyl durable roof with strong polyester body bonded to interior weatherproof coating
- EASY set-up (no tools required, less than 15 minutes), heavy duty materials, reinforced floor, weather flaps, back panel for locking bikes or motorcycles to a fence or pole, and front vent to eliminate condensation

# EXHIBIT "D"

MITCHELL LAW PLLC
INTELLECTUAL PROPERTY LAW

**Matthew W. Mitchell**
matt@mipatents.com
p. 734.548.9005
f. 734.239.7425

January 11, 2016

VIA FEDERAL EXPRESS

Christian Friedland
411 Main Street
STE: 101
Chico, CA 95928

RE: MarketFleet and Driftsun's Past & Present Infringement of YardStash Solutions LLC's U.S. Patent No. D689,579

Dear Mr. Friedland:

We write on behalf of our client, YardStash Solutions LLC. ("YardStash") regarding MarketFleet, Inc.'s, ("MarketFleet") past and present infringement of YardStash's U.S. Patent Nos. D689,579 (attached as Exhibit "A"). YardStash has requested that this firm investigate and pursue its potential claims against MarketFleet.

YardStash has recently learned that MarketFleet d/b/a DriftSun is actively infringing and wrongfully using various proprietary technologies and designs solely held by YardStash without entering into a licensing agreement. Specifically, MarketFleet has and continues to infringe YardStash's patents by at least offering for sale, selling, and/or shipping the *Driftsun Storage Tent* shown in the attached Exhibit "B." Note, that the product is nearly identical to the patented product and further, that even the 'key product features' section appears to be heavily copied from the YardStash III listing: ASIN B00IAD3FCY. Our client is naturally concerned that absent a proper and reasonable licensing agreement, the sale and manufacture of your product is impermissible.

We therefore must demand that you:

1. Immediately remove the listing from Amazon

2. Immediately cease all other advertising including online, manufacturing and selling all products which infringe the abovementioned patents; and

3. Provide us verified documentation of the quantities of infringing products you have sold, upon which YardStash will consider appropriate compensation. Please confirm no later than January 31, 2016 that you have halted all infringements, and provide the requested documentation no later than February 8, 2016.

MITCHELL LAW PLLC
INTELLECTUAL PROPERTY LAW

Matthew W. Mitchell
matt@mipatents.com
p. 734.548.9005
f. 734.239.7425

You will appreciate by MarketFleet infringing YardStash' intellectual property rights, the harm to YardStash could be substantial and irreparable in nature. Consequentially, we ask that you notify us immediately of MarketFleet's agreement to provide us with the requested information by no later than January 31, 2016.

Finally, we remind you of your duty to preserve information, including electronically stored information, which may be relevant to, and potentially discoverable in, this matter. This duty includes preservation of all electronically stored documents, including retained e-mails sent or received by any employee (both current and former), as well as other "active" information stored on servers and information stored on backup tapes or other media that are capable of restoration. Please confirm that you have suspended any routine document retention and/or destruction policies and put in place a "litigation hold" to ensure the preservation of all relevant documents, including both electronic and paper documents. Thank you for your anticipated prompt attention to these matters.

YardStash is mindful of the intellectual property rights of others and hopes that this matter may be settled amicably and expeditiously. And, to that end, we look forward to hearing from you.

Sincerely,

Matthew W. Mitchell

Enclosures:
Exhibit "A," U.S. Patent No. D689,579
Exhibit "B," Screenshots of MarketFleet's Infringing Storage Tent

# EXHIBIT "E"

COMPARE (0) FREE SHIPPING ON ALL ORDERS! MY ACCOUNT DAILY DEAL MY WISHLIST LOG IN

DRIFTSUN Search All Categories 1-877-528-3269 CONTACT US 0

HOME SUMMER BOARDS HAMMOCKS ACCESSORIES ICE CHESTS

Home > Accessories > Driftsun Patio Storage Tent, Bike Tent, Garden Equipment Organizer Shed





# Driftsun Patio Storage Tent, Bike Tent, Garden Equipment Organizer Shed

★★★★★

- HIGH QUALITY yard storage tent for all your needs
- SPACE SAVING size (74" wide x 30" deep x 65" high, fits two adult bicycles with room to spare) easily stash two adult bikes, pool floats & supplies, kids toys, lawn mowers, long handled garden tools and other outdoor gear
- FULL TOP & BOTTOM zippers on door to completely seal the door and provide full protection against water, dust, and pests
- INDUSTRIAL GRADE, ripstop, vinyl tarpaulin roof with UPF 50+ protection and an even stronger polyester body bonded to interior weatherproof coating
- QUICK & EASY set up (no tools required, less than 15 minutes), heavy duty materials (2.5x heavier than other storage tents), reinforced integrated floor, large zippers with storm flaps, back panel for locking bikes to a fence or pole, and front mesh vent to eliminate condensation

**Availability:** In stock

~~$149.99~~ **$99.99**

Email to a Friend
Sign up for price alert

1 ADD TO CART

OR

Check out with PayPal

**FREE SHIPPING**
Free shipping on all orders.

**MONEY BACK GUARANTEE**
30 day return policy.

**CUSTOMER SUPPORT**
Contact us if you have questions!

**DAILY DEAL**

There are no products matching the selection.

amazon payments

# EXHIBIT "F"

Pop Up Storage Tent Gr ×

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact

My eBay

ebay Shop by category Search...

All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Camping & Hiking > Tents & Canopies > Tents

# Pop Up Storage Tent - Great For Storing Bikes Or Things Outdoor Storage

4 sold in last 24 hours





$ Have one to sell? Sell now

Item condition: New other (see details)

Quantity: 1 More than 10 available / 13 sold

Price: US $39.99

Buy It Now

Add to cart

Best Offer:

Make Offer

19 watching

Add to watch list

Add to collection

30-day returns | Located in United States | Best offer available

Shipping: Calculate

Delivery: Varies

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay

Returns: 30 days money back, buyer pays return shipping |

Guarantee: ebay MONEY BACK GUARANTEE |

Get the item you ordered or get your money back

Covers your purchase price and original shipping

Add to watch list

Seller information

anothertreasure123 (1563 ★)

99.6% Positive feedback

Follow this seller

Visit store anothertreasure123

See other items

UP TO 70% OFF AND FREE SHIPPING

Shop top brands ›

ebay deals

People who viewed this item also viewed

Feedback on our suggestions

Army Green Pop Up Dressing Changing R... $19.95

Family Outdoor 2 Person Camping $23.99

Portable Beach Tent Shelter Sun UV Sh... $20.91

Gazelle Waterproof Double layer Insta... $35.00

NEW 3-4 Person Green Double layer $35.99